NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLETURS SMITH,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-882
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____     )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Daniel Tibbitt of Daniel J. Tibbett, P.A.,
North Miami, for Appellant.

PER CURIAM.

          Affirmed.

VILLANTI, SLEET, and BADALAMENTI, JJ., Concur.